UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DONNA N. MILLER,

          Plaintiff,                       Case No:  02-C-854

v.

JO ANNE B. BARNHART,
Commissioner, Social Security Administration,

          Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. §406(b)**

      Plaintiff's motion for approval of attorneys fees pursuant to 42 U.S.C. § 406(b) is

**GRANTED**.

      The Court approves an award of attorney's fees in the amount of $5,106.00 (less the

Social Security Administration's user's fee of $75.00), which equals **$5,031.00**, to be paid to

Attorney David F. Traver from the $5,031.00 held in escrow by Attorney David F. Traver for

this purpose.

      Dated at Green Bay, Wisconsin, this 22nd day of March, 2006.

                         BY THE COURT:

                         s/ William C. Griesbach
                         Honorable William C. Griesbach
                         U.S. District Judge